# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139688

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HEZEKIAH LAWRENCE WILLIAMS,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139688
COA: 292705
Oakland CC: 2007-216296-FC

_____/

On order of the Court, the application for leave to appeal the July 31, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

p1214